**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

**Filed Electronically**

| | |
|---|---|
| WISER CONCEPTS, LLC, | |
| Plaintiff, | Case No. |
| v. | **COMPLAINT FOR PATENT INFRINGEMENT** |
| BIOLOGICAL PROSPECTS, LLC (D/B/A THRIVE ANIMAL HEALTH & EQUITHRIVE) | **DEMAND FOR JURY TRIAL** |
| SERVE: | |
| PATRICK LAWLESS<br>1028 NANDINO BLVD.<br>LEXINGTON, KY 40511 | |
| Defendant. | |

WISER CONCEPTS, LLC, ("Wiser Concepts" or "Plaintiff") by and through its attorneys, alleges as follows:

**NATURE OF THE ACTION**

1.      This is a civil action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

2.      Defendant Biological Prospects, LLC [d/b/a THRIVE Animal Health & Equithrive ("Thrive" or "Defendant")] has induced infringement, and continues to induce infringement, of one or more claims of Wiser Concepts's U.S. Patent No. 10,568,352 (the "'352 Patent"), at least by making, using, offering to sell, selling, and/or advertising the infringing MetaCare product, which is identified in the paragraphs below, in the United States.

**THE PARTIES**

3.      Plaintiff is a limited liability company formed under the laws of the State of Kentucky, with its principal place of business at 5391 Keene Versailles Road, Versailles, KY 40383.

4.      Upon information and belief, Thrive is a limited liability company formed under the laws of the State of Kentucky, and it may be served through its agent for service of process Patrick Lawless at 1028 Nandino Blvd. Lexington, KY 40511.

**JURISDICTION AND VENUE**

5.      This is a civil action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

6.      This Court has subject matter jurisdiction over the matters asserted herein under 28 U.S.C. §§ 1331 and 1338(a).

7.      This Court has personal jurisdiction over Thrive, who is domiciled within the State of Kentucky and within this judicial district. Thrive, directly or through intermediaries, makes, distributes, offers for sale or license, sells or licenses, and/or advertises its infringing MetaCare product in the United States, the State of Kentucky, and this judicial district.

8.      Pursuant to 28 U.S.C. § 1391, venue is proper in this judicial district and division.

**PLAINTIFF'S INNOVATIVE TECHNOLOGY**

9.      Equines, e.g., horses, can suffer from a myriad of health conditions. For example, many equines suffer from equine metabolic syndrome (EMS), metabolic dysfunction, insulin dysregulation, or similar conditions that can be associated with unhealthy body weight levels or obesity, hypertension, elevated blood triglyceride levels, and/or laminitis, which can lead to euthanasia.

2

10.     Wiser Concepts is a leader in animal supplements and health products commercially available through Kentucky Performance Products, LLC ("KPP"). Wiser Concepts provides its InsulinWise products that can be used to support healthy metabolic function and insulin levels in horses. InsulinWise products utilize a synergistic blend of polyphenols, including resveratrol, and amino acids, including leucine, that is research-proven to support normal insulin levels and maintain healthy body weight, in horses that exhibit insulin dysregulation. More information on the InsulinWise product line can be found on KPP's website. *See, e.g.,* https://www.kppvet.com/insulinwise-powder/; https://www.kppvet.com/insulinwise-pellets/.

11.     The addition of the amino acid, including leucine, to resveratrol in the InsulinWise products facilitates lowering the dosage of resveratrol needed to achieve the desired effects. This is advantageous given that resveratrol is an expensive raw ingredient. The InsulinWise products can therefore effectively deliver metabolic and insulin support at lower cost compared to other products that utilize significantly greater amounts of resveratrol.

12.     Wiser Concepts's cutting-edge synergistic blend of polyphenols, including resveratrol, and amino acids, including leucine, is protected by the '352 Patent.

### THE PATENT-IN-SUIT

13.     Plaintiff is the owner by assignment of the '352 Patent with the right to enforce the '352 Patent.

14.     The '352 Patent, entitled "NUTRITIONAL COMPOSITIONS AND METHODS OF TREATMENT THEREWITH," was duly and legally issued on February 25, 2020.

15.     A true and correct copy of the '352 Patent is attached as Exhibit A.

16.     The '352 Patent is currently in force in the United States.

3

17.    The '352 Patent describes nutritional compositions that are useful in treating or preventing diseases and medical conditions in animals such as equines and generally promoting animal health, and methods of treatment, prevention, and/or promoting animal health utilizing such nutritional compositions. The nutritional compositions described in the '352 Patent include a blend of amino acids, including leucine, and polyphenols, including resveratrol.

18.    The '352 Patent teaches that the blend of resveratrol and leucine surprisingly provides "an unexpected and synergistic effect" with respect to improvements in health parameters such as insulin levels and risk factors of laminitis. *See* Working Example 1, col. 7, ll. 35-46. The '352 Patent also demonstrates that "a synergistic combination of resveratrol and the amino acid profile (particularly leucine)" provided an unexpected amount of healthy weight loss in horses. *See* col. 8, ll. 56-65 and FIG. 1. Additionally, insulin dysregulation in horses was shown to decrease after the nutritional composition was administered even after years of the insulin dysregulation progressively worsening in the horses prior to administration. *See* col. 9, ll. 37-56 and FIGS. 5A-5C.

19.    The '352 Patent claims, among other things,

   a.    Claim 1:

1. A method of treating or preventing equine metabolic syndrome or equine insulin dysregulation in an equine in need thereof, comprising:
   administering to the equine a nutritional composition including a therapeutically effective amount of leucine and resveratrol.

**DEFENDANT'S INFRINGING ACTIVITY**

20.    On or around April 2025, Wiser Concepts discovered that Thrive had launched their MetaCare    pellets    product    ("MetaCare").    *See*    Exhibit    B,

4

https://equithrive.com/collections/metabolic-health/products/metacare-pellets   (last   accessed

September 2, 2025). Upon information and belief, MetaCare was launched after the issuance of

the '352 Patent.

21.     MetaCare is a nutritional composition that includes leucine and resveratrol.

Resveratrol is listed as an active ingredient of MetaCare. *See* Exhibit B, Active ingredients.

MetaCare also includes alfalfa meal. *See* Exhibit B, Inactive ingredients. Notwithstanding the

"inactive" ingredient label, alfalfa meal is a significant source of leucine. Indeed, an amino acid

analysis of a 50 gram daily serving of MetaCare revealed that leucine is indeed present in

MetaCare. *See* Exhibit C.

22.     Upon information and belief, MetaCare includes "a therapeutically effective

amount of leucine and resveratrol" as recited in claim 1 of the '352 Patent. MetaCare includes

resveratrol in an amount of 800 milligrams per daily serving and resveratrol is listed as an "active

ingredient" of MetaCare. *See id.*, Active ingredients and Directions for Use. The amino acid

analysis of MetaCare revealed that a significant amount of leucine is present – more than 400

milligrams of leucine is included per daily serving (50 grams) of MetaCare. *See* Exhibit C. Upon

information and belief, the amount of leucine and resveratrol included in MetaCare is capable of

having a detectable, positive effect on the health of an equine when MetaCare is administered as

directed by Thrive. Upon information and belief, MetaCare therefore contains leucine and

resveratrol in a "therapeutically effective amount" in the context of the '352 Patent. *See* '352

Patent, col. 4, ll. 4-9.

23.     Upon information and belief, Thrive has been and is purposefully, actively, and

knowingly encouraging its customers to use MetaCare for treating or preventing equine metabolic

syndrome or equine insulin dysregulation in an equine in need of such treatment or prevention.

5

MetaCare is advertised as providing "metabolic support for easy keepers" and being "specifically formulated to support optimum carbohydrate and fat metabolism, healthy body weight and appropriate insulin levels" in horses. Exhibit B, Product description. MetaCare is also advertised as containing "key ingredients that promote vitality and integrity of hoof tissues through optimization of the physiological conditions under which hoof cells grow, divide, and mature." *Id.* Given that MetaCare is advertised for use in supporting health conditions that are associated with equines afflicted with equine metabolic syndrome or equine insulin dysregulation, upon information and belief, Thrive is purposefully, actively, and knowingly encouraging its customers to use MetaCare for "treating" or "preventing" these afflictions in the context of the '352 Patent. *See* '352 Patent, col. 3, ll. 38-51.

24.      Upon information and belief, Thrive's customers have practiced at least claim 1 of the '352 Patent by administering MetaCare to equines in need of treatment or prevention of equine metabolic syndrome or equine insulin dysregulation. For example, MetaCare's customers have administered MetaCare to horses with high insulin levels for the purpose of lowering insulin levels. *See id.*, Customer Reviews. Upon information and belief, Thrive is aware of their customers' use of MetaCare for this purpose given these customer reviews are on MetaCare's website.

25.      Thrive has known of the existence of the '352 Patent at least since on or around May 27, 2025, when Wiser Concepts sent a notification email to Thrive identifying the '352 Patent and notifying Thrive of the potential infringement of the '352 Patent. A true and correct copy of Wiser Concepts's May 27, 2025 notification email is attached as Exhibit D. Thrive also responded to the notification email on May 30, 2025 which confirms receipt and knowledge of the existence of the '352 Patent.

26.     Thrive knew about the existence of the '352 Patent when the customer reviews were posted on MetaCare's website regarding use of MetaCare for horses with high insulin levels. *See* Exhibit B, customer reviews dated June 25, 2025 and July 24, 2025.

27.     This description is based on publicly available information. Wiser Concepts reserves all rights to modify this description, including, for example, on the basis of information about Thrive's products and Thrive's customers that Wiser Concepts obtains during discovery.

**COUNT I**
**(Induced Infringement of the '352 Patent)**

28.     Wiser Concepts incorporates each preceding paragraph herein by reference.

29.     Upon information and belief, Thrive has been and is inducing infringement of the '352 Patent by actively and knowingly inducing others to make, use, sell, offer for sale, or import MetaCare that embodies or uses the invention claimed in at least claim 1 of the '352 Patent, in violation of 35 U.S.C. § 271(b), resulting in the direct infringement of at least claim 1 of the '352 Patent.

30.     Thrive does not have any reasonable basis for believing that it has the right to encourage its customers to practice any claim of the '352 Patent. The '352 Patent is presumptively valid. *See* 35 U.S.C. § 282. Also, even a good-faith belief in invalidity of the '352 Patent is not a defense to induced infringement under 35 U.S.C. § 271(b). *See Commil USA, LLC v. Cisco Systems, Inc.*, 575 U.S. 632, 642 (2015).

31.     Thrive's induced infringement of the '352 Patent has been, and continues to be knowing, intentional, and willful.

32.     Thrive's acts of induced infringement of the '352 Patent have caused and will continue to cause Wiser Concepts damages for which Wiser Concepts is entitled to compensation pursuant to 35 U.S.C. § 284.

33.     Thrive's acts of induced infringement of the '352 Patent have caused and will continue to cause Wiser Concepts immediate and irreparable harm unless such infringing activities are enjoined by this Court pursuant to 35 U.S.C. § 283. Wiser Concepts has no adequate remedy at law.

34.     This case is exceptional and, therefore, Wiser Concepts is entitled to an award of attorney fees pursuant to 35 U.S.C. § 285.

## JURY TRIAL DEMAND

35.     Wiser Concepts hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

36.     WHEREFORE, Wiser Concepts requests that a judgment be granted in its favor and against Thrive, and that this Court grant Wiser Concepts the following relief:

A.     Entry of judgment holding Thrive liable for induced infringement of the '352 Patent under 35 U.S.C. § 271(b);

B.     An order permanently enjoining Thrive, its officers, agents, servants, employees, attorneys and affiliated companies, its assigns and successors in interest, and those persons in active concert or participation from it, from continued acts of induced infringement of the '352 Patent;

C.     An order granting Wiser Concepts damages according to proof resulting from, and adequate to compensate Wiser Concepts for Thrive's induced infringement of the '352 Patent, together with prejudgment and post-judgment interest, pursuant to 35 U.S.C. § 284;

D.     Ordering that the damages award be increased up to three times the actual amount assessed, pursuant to 35 U.S.C. § 284;

E.      Ordering an accounting for any infringing sales not presented at trial and an award by the court of additional damages for any such infringing sales;

F.      An order awarding Wiser Concepts its costs and attorney's fees under 35 U.S.C. § 285; and

G.      Any and all other legal and equitable relief as may be available under law and which the court may deem proper.

Dated:  <u>11-26-25</u>

Respectfully submitted,

**REMINGER CO., L.P.A.**

<u>/s/ Anthony M. Pernice</u>
Anthony M. Pernice Esq.
Reminger Co., L.P.A.
333 West Vine Street, Suite 1670
Lexington, Kentucky 40507
T:  (859) 233-1311
F:  (859) 233-1312
E:  apernice@reminger.com
*Counsel for Plaintiff,*
*Wiser Concepts, LLC*